# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARK AND MARY HESTER

VERSUS

CHARKEISHA ROBINSON, STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, AND STATE
FARM PROPERTY AND CASUALTY
INSURANCE COMPANY, BATON
ROUGE CITY PARISH
GOVERNMENT/DEPARTMENT OF
PUBLIC WORKS

NO.  2021 CW 0028

**APRIL 26, 2021**

---

In Re:    Mark and Mary Hester, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 666724.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT